I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-24-2014

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 24 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD JEROME YOUNG,<br><br>　　　　Petitioner,<br><br>vs.<br><br>SANDRA PENNYWELL, Warden,<br><br>　　　　Respondent. | Case No. CV 13-2497-DDP (RNB)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 1/21/14

　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE